

**IT IS ORDERED as set forth below:**

**Date: June 13, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| NAME: | : CHAPTER 7 |
| | : |
| ROBERT PAUL SPARRA, JR, and | : NO.  17-72318-JRS |
| KELLY ELIZABETH SPARRA, | : |
| | : |
| Debtor(s). | : |
| | : |
| ROBERT PAUL SPARRA, JR, and | : |
| KELLY ELIZABETH SPARRA, | : |
| | : |
| Movants, | : |
| | : ADVERSARY |
| vs. | : |
| | : NO: 18-05122 |
| SELECT PORTFOLIO SERVICING, INC | : |
| AS SERVICER FOR DEUTSCH BANK | : |
| NATIONAL TRUST COMPANY, AS | : |
| TRUSTEE,   ON BEHALF OF THE | : |
| HOLDERS OF THE THORNBURG | : |
| MORTGAGE SECURITIES TRUST | : |
| 2002-3 MORTGAGE PASS-THROUGH | : |

|  |  |
|---|---|
| CERTIFICATES, SERIES 2002-3 | : |
| VICTOR WARREN PROPERTIES LLC | : |
| Defendants. | : |

### ORDER REGARDING REQUEST FOR EXPEDITED HEARING

The request for expedited hearing is GRANTED:

A hearing will be held at Courtroom 1403, Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA  30303 on Tuesday, June 19, 2018 at 9:00 am.  Counsel for Movants shall serve this order on interested parties.

Submitted by:

/s/ Bob Philllips
GA Bar No. 576702
Attorney for Movants
327 Dahlonega St., Suite 604A
Cumming, GA  30040
770-205-1922
bphillips@bobphillipslaw.com

END OF DOCUMENT